1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 JOHN WALLACE,

Plaintiff,

Case No.  15-mc-80263-DMR

8

v.

9

UNKNOWN,

10

Defendant.

11

**ORDER DISMISSING COMPLAINT**

Re: Dkt. No. 1

12    On November 2, 2015, the court received a complaint from John William Wallace.  Docket

13 No. 1.  This filing is subject to the pre-filing review Order entered by Judge Fern M. Smith that

14 requires judicial permission for any new cases that Mr. Wallace files with this court.  *Wallace v.*

15 *United States Government*, 04-cv-01147-FMS, Docket No. 21.  Mr. Wallace filed twelve separate

16 cases in this court that were dismissed and closed between June 4, 2004 and August 18, 2004.  *Id.*

17 The court determined that Mr. Wallace had failed to raise any actionable claims in those cases and

18 issued a pre-filing order.  *Id.*

19    Upon review of the complaint filed by Mr. Wallace in the present case, the court finds that

20 Mr. Wallace does not state a cognizable cause of action.  The complaint consists of four pages.

21 The first page is completely covered in a handwritten list of words, numbers, and symbols, but

22 does not include any complete sentences.  The second page is a copy of a 7-Eleven PaySlip for

23 $7.75.  The third and fourth pages appear to be a request to pay a transit ticket for failure to

24 display a receipt that has been covered in handwritten notes.  Handwriting on the ticket states

25 "Owner. Retired. Disabled.  To Sue Owner Is Punishment By Death: Warning: Order to Dismiss:

26 Order to Proceed: Stay of Execution."  Docket No. 1 at 3.  The fourth page is also covered in a

27 handwritten list of words and symbols, but does not include any complete sentences or factual

28 allegations to support a claim.  The complaint does not state a cognizable cause of action.  In light

United States District Court
Northern District of California

of the pre-filing Order, the court finds that the complaint at Docket No. 1 should not be filed.  The

Clerk shall not file this complaint and is ORDERED to return it to Mr. Wallace.


      **IT IS SO ORDERED.**

Dated: December 3, 2015

_____
          Donna M. Ryu
     United States Magistrate Judge

United States District Court
Northern District of California